**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 12 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANCIS GRANDINETTI, | No. 07-16339 |
| Plaintiff - Appellant, | D.C. No. CV-07-00821-PHX-MHM |
| v. | |
| FTC SEG. UNIT STAFF; et al., | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Mary H. Murguia, District Judge, Presiding

Submitted April 5, 2011**

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

    Francis Grandinetti, an Arizona state prisoner, appeals pro se from the

district court's judgment dismissing, under the "three strikes" provision of 28

U.S.C. § 1915(g), his 42 U.S.C. § 1983 action alleging constitutional violations.

We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal

---

        *       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1915(g).  *Andrews v. King*, 398 F.3d 1113, 1118 (9th Cir. 2005).  We affirm.

Grandinetti has waived any issue on appeal by failing to make any arguments in his opening brief.  *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief.").

Grandinetti's requests set forth in letters submitted March 13, 2009 and June 12, 2009 are denied.

**AFFIRMED.**

07-16339